United States Bankruptcy Court
Central District of California

In re:                                                                Case No. 19-14742-MH
David Running Wolf Siefker                                            Chapter 7
Claudia Ann Sanchez
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0973-6          User: admin          Page 1 of 2          Date Rcvd: Sep 09, 2019
                              Form ID: 318a        Total Noticed: 44


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 11, 2019.
db/jdb      +David Running Wolf Siefker,   Claudia Ann Sanchez,   35070 1/2 Acacia Ave,
             Yucaipa, CA 92399-2854
cr          +TOYOTA MOTOR CREDIT CORPORATION,   14841 DALLAS PARKWAY, SUITE 425,   DALLAS, TX 75254-8067
39591384    #+Allied Interstate LLC,   P.O. Box 361774,   Columbus, OH 43236-1774
39591388    +Blue Trust Loans,   P.O. Box 1754,   Hayward, WI 54843-1754
39591395    +Citi/Sears,   Po Box 6217,   Sioux Falls, SD 57117-6217
39591396    +Citi/Sears,   Citibank/Centralized Bankruptcy,   Po Box 790034,   St Louis, MO 63179-0034
39591399    +Credit Control Corp,   11821 Rock Landing Dr.,   Newport News, VA 23606-4225
39591401    +Farmer Law Group,   14900 Magnolia Blvd., #55997,   Sherman Oaks, CA 91403-1330
39591407     LVNV Funding/Resurgent Capital,   C/o Resurgent Capital Services,   Greenville, SC 29602
39591409     Majestic Lake Financial,   635 Hwy 20 K,   Upper Lake, CA 95485
39591422    +Visa Dept Store National Bank/Macy's,   Po Box 8218,   Mason, OH 45040-8218
39591423    +Visa Dept Store National Bank/Macy's,   Attn: Bankruptcy,   Po Box 8053,   Mason, OH 45040-8053

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          EDI: EDD.COM Sep 10 2019 08:13:00      Employment Development Dept.,   Bankruptcy Group MIC 92E,
             P.O. Box 826880,   Sacramento, CA  94280-0001
smg          EDI: CALTAX.COM Sep 10 2019 08:13:00      Franchise Tax Board,   Bankruptcy Section MS: A-340,
             P.O. Box 2952,   Sacramento, CA  95812-2952
39591385     EDI: RMSC.COM Sep 10 2019 08:13:00      Amazon/Synchrony Bank,   P.O. Box 960013,
             Orlando, FL 32896-0013
39591386    +E-mail/Text: bk@avant.com Sep 10 2019 04:29:26      Avant,   222 N. Lasalle St,
             Chicago, IL 60601-1101
39591387    +E-mail/Text: bk@avant.com Sep 10 2019 04:29:26      Avant,   Attn: Bankruptcy,   Po Box 9183380,
             Chicago, IL 60691-3380
39591394     E-mail/Text: bankruptcy@cashcall.com Sep 10 2019 04:29:38      CashCall, Inc.,
             Attn: Loan Servicing,   P.O. Box 66007,   Anaheim, CA 92816
39591393     E-mail/Text: bankruptcy@cashcall.com Sep 10 2019 04:29:38      Cashcall Inc,   Attn: Bankruptcy,
             Po Box 66007,   Anaheim, CA 92816
39591389    +EDI: CAPITALONE.COM Sep 10 2019 08:13:00      Capital One,   Po Box 30281,
             Salt Lake City, UT 84130-0281
39591390    +EDI: CAPITALONE.COM Sep 10 2019 08:13:00      Capital One,   Attn: Bankruptcy,   Po Box 30285,
             Salt Lake City, UT 84130-0285
39591391    +EDI: RMSC.COM Sep 10 2019 08:13:00      Care Credit,   950 Forrer Blvd.,   Dayton, OH 45420-1469
39591392    +E-mail/Text: bankruptcy@cashcall.com Sep 10 2019 04:29:38      Cashcall Inc,   1 City Blvd W,
             Orange, CA 92868-3621
39591398    +EDI: WFNNB.COM Sep 10 2019 08:13:00      Comenity Bank/Pier 1,   Attn:  Bankruptcy Dept,
             Po Box 182125,   Columbus, OH 43218-2125
39591397    +EDI: WFNNB.COM Sep 10 2019 08:13:00      Comenity Bank/Pier 1,   Po Box 182789,
             Columbus, OH 43218-2789
39591400    +E-mail/Text: kthompson@crownasset.com Sep 10 2019 04:28:37      Crown Asset Management, LLC,
             3100 Breckenridge Blvd., Ste. 725,   Duluth, GA 30096-7605
39591402    +E-mail/Text: accountservices@greenlineloans.com Sep 10 2019 04:29:14      Green Line Loans,
             PO Box 507,   Hays, MT 59527-0507
39591404    +E-mail/Text: bncnotices@becket-lee.com Sep 10 2019 04:27:52      Kohls/Capital One,
             Kohls Credit,   Po Box 3120,   Milwaukee, WI 53201-3120
39591403    +E-mail/Text: bncnotices@becket-lee.com Sep 10 2019 04:27:52      Kohls/Capital One,
             N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-5660
39591406    +EDI: RESURGENT.COM Sep 10 2019 08:13:00      LVNV Funding, LLC,   P.O. Box 10497,
             Greenville, SC 29603-0497
39591408    +EDI: RESURGENT.COM Sep 10 2019 08:13:00      LVNV Funding/Resurgent Capital,   Attn: Bankruptcy,
             Po Box 10497,   Greenville, SC 29603-0497
39591405    +E-mail/Text: bankruptcy@ldf-holdings.com Sep 10 2019 04:29:38      Loan At Last,   P.O. Box 231,
             Lac Du Flambeau, WI 54538-0231
39591411     EDI: PRA.COM Sep 10 2019 08:13:00      Portfolio Recovery,   120 Corporate Blvd Ste 1,
             Norfolk, VA 23502
39591410     EDI: RMSC.COM Sep 10 2019 08:13:00      PayPal,   P.O. Box 71202,   Charlotte, NC 28272-1202
39591412    +EDI: PRA.COM Sep 10 2019 08:13:00      Portfolio Recovery,   Po Box 41021,
             Norfolk, VA 23541-1021
39591413    +EDI: SECONDROUND.COM Sep 10 2019 08:13:00      Second Round LP,   4150 Friedrich Lane, Ste. 1,
             Austin, TX 78744-1052
39591415    +EDI: RMSC.COM Sep 10 2019 08:13:00      Synchrony Bank/PayPal Cr,   Attn:  Bankruptcy Dept,
             Po Box 965060,   Orlando, FL 32896-5060
39591414    +EDI: RMSC.COM Sep 10 2019 08:13:00      Synchrony Bank/PayPal Cr,   Po Box 965005,
             Orlando, FL 32896-5005
39591417    +EDI: RMSC.COM Sep 10 2019 08:13:00      Synchrony Bank/Walmart,   Attn:  Bankruptcy Dept,
             Po Box 965060,   Orlando, FL 32896-5060
39591416    +EDI: RMSC.COM Sep 10 2019 08:13:00      Synchrony Bank/Walmart,   Po Box 965024,
             Orlando, FL 32896-5024
39591421     EDI: TFSR.COM Sep 10 2019 08:13:00      Toyota Financial Services,   Attn: Bankruptcy,
             Po Box 8026,   Cedar Rapids, IA 52409
39591418    +EDI: WTRRNBANK.COM Sep 10 2019 08:13:00      Target,   Po Box 673,   Minneapolis, MN 55440-0673

```
District/off: 0973-6          User: admin              Page 2 of 2            Date Rcvd: Sep 09, 2019
                              Form ID: 318a             Total Noticed: 44


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
39591419        EDI: WTRRNBANK.COM Sep 10 2019 08:13:00      Target,   Target Card Services,
                  Mail Stop NCB-0461,   Minneapolis, MN 55440
39591420       +EDI: TFSR.COM Sep 10 2019 08:13:00     Toyota Financial Services,   Po Box 9786,
                  Cedar Rapids, IA 52409-0004
                                                                              TOTAL: 32


         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp           Courtesy NEF
                                                                      TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 9, 2019 at the address(es) listed below:
          Charles W Daff (TR)   charleswdaff@gmail.com,  c122@ecfcbis.com
          John  Rafferty   on behalf of Creditor   TOYOTA MOTOR CREDIT CORPORATION
           john.rafferty@bonialpc.com
          Nicholas Nicholas Wajda   on behalf of Joint Debtor Claudia Ann Sanchez info@wajdalawgroup.com,
           r47098@notify.bestcase.com
          Nicholas Nicholas Wajda   on behalf of Debtor David Running Wolf Siefker info@wajdalawgroup.com,
           r47098@notify.bestcase.com
          United States Trustee (RS)   ustpregion16.rs.ecf@usdoj.gov
          Valerie  Smith   on behalf of Interested Party   Courtesy NEF claims@recoverycorp.com
                                                                              TOTAL: 6
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **David Running Wolf Siefker** | Social Security number or ITIN **xxx–xx–9952** |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Claudia Ann Sanchez** | Social Security number or ITIN **xxx–xx–2119** |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Central District of California**

Case number:   **6:19–bk–14742–MH**

## Order of Discharge – Chapter 7

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

David Running Wolf Siefker

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 9/9/19

Claudia Ann Sanchez

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 2 Discharge Date: 9/9/19

**Dated:** 9/9/19

**By the court:** Mark D. Houle
United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

13/AUT

For more information, see page 2 >

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---